| | |
|---|---|
| Melissa E. Flax, Esq. | Stephen R. Auten, Esq. |
| Michael Cross, Esq. | Brian P. Murray, Esq. |
| CARELLA BYRNE CECCHI OLSTEIN BRODY & AGNELLO, PC | TAFT STETTINIUS & HOLLISTER LLP |
| 5 Becker Farm Road | 111 East Wacker Dr., Suite 2800 |
| Roseland, NJ 07068 | Chicago, IL 60601 |
| (973) 994-1700 | 312-527-4000 |
| mflax@carellabyrne.com | sauten@taftlaw.com |
| mcross@carellabyrne.com | bmurray@taftlaw.com |
| | |
| *Attorneys for Defendant* | *Attorneys for Defendant* |
| *Sagent Pharmaceuticals, Inc.* | *Sagent Pharmaceuticals, Inc.* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HELSINN HEALTHCARE S.A, <br><br> Plaintiff, <br><br> v. <br><br> SAGENT PHARMACEUTICALS, INC., <br><br> Defendant. | CA. No. 2-16-cv-00173 SRC-CLW |

**DECLARATION OF ROSHAN P. SHRESTHA, PH.D., ESQ.**
**IN SUPPORT OF SAGENT'S MOTION**

   I, Roshan P. Shrestha, Ph.D., hereby certify pursuant to 28 U.S.C. § 1746 that:

1. I am an attorney at law in the State of Illinois and am associated with the law firm of Taft Stettinius & Hollister LLP, attorney for Defendant Sagent Pharma., Inc. ("Sagent") in the above captioned matter.

2. Attached as Exhibit 1 is a true and correct copy of the FDA webpage showing Sagent's ANDA No. 204289 received tentative approval from the FDA on August 7, 2017.

3. Attached as Exhibit 2 is a true and correct copy of the FDA webpage showing Sagent's ANDA No. 205870 received tentative approval from the FDA on April 20, 2018.

4. Attached as Exhibit 3 is a true and correct copy of July 25, 2016 Settlement and License Agreement between Helsinn and Sagent. (Filed under seal).

5. Attached as Exhibit 4 is a true and correct copy of August 2, 2016 Dismissal Order of Action No. 16-173.

6. Attached as Exhibit 5 is a true and correct copy of August 2, 2016 Dismissal Order of Action No. 16-681.

7. Attached as Exhibit 6 is a true and correct copy of the March 26, 2018 Cipla Press Release regarding the launch of its authorized generic ALOXI®.

8. Attached as Exhibit 7 is a true and correct copy of the March 26, 2018 Dr. Reddy's Press Release regarding the launch of its generic ALOXI®.

9. Attached as Exhibit 8 is a true and correct copy of page 48 of FDA's list of first applicants showing generic ALOXI® (palonosetron hydrochloride) ANDA application(s) were filed on May 27, 2011.

10. Attached as Exhibit 9 is a true and correct copy of the March 23, 2018 Teva Press Release regarding the launch of its generic ALOXI®.

11. Attached as Exhibit 10 is a true and correct copy of the January 30, 2018 Denial of Helsinn's Request for Injunction in Civ. A. No. 14-4274, D.I. 89.

12. Attached as Exhibit 11 is a true and correct copy of the December 30, 2014 Dismissal Order of Sandoz in Civ. A. No. 11-3962, D.I. 247.

13. Attached as Exhibit 12 is a true and correct copy of the January 12, 2015 Helsinn Press Release regarding its settlement with Sandoz in the ALOXI® case.

14. Attached as Exhibit 13 is a true and correct copy of a news article by Salazar, D., titled "Sandoz Launches Its Aloxi Generic," in Drug Store News, dated April 2, 2018 regarding Sandoz's launch of its generic ALOXI®.

15. Attached as Exhibit 14 is a true and correct copy of Sandoz's final FDA Approval Letter.

16. Attached as Exhibit 15 is a true and correct copy of the October 16, 2015 Stipulation of Dismissal of Dr. Reddy's in Civ. A. No. 11-3962, D.I. 355.

17. Attached as Exhibit 16 is a true and correct copy of the October 13, 2015 Helsinn Press Release regarding its settlement with Dr. Reddy's in the ALOXI® case.

18. Attached as Exhibit 17 is a true and correct copy of Dr. Reddy's Final Approval Letter.

19. Attached as Exhibit 18 is a true and correct copy of March 28, 2018 letter from S. Auten to M. Missaglia and J. O'Malley (Filed under seal).

20. Attached as Exhibit 19 is a true and correct copy of April 4, 2018 letter from M. Missaglia to S. Auten *et al*. (Filed under seal).

21. Attached as Exhibit 20 is a true and correct copy of email thread between E. Dittmann and S. Auten dated May 8, 2018. (Filed under seal).

22. Attached as Exhibit 21 is a true and correct copy of FDA Orange book information as to expiration of 180-day exclusivity pertaining to generic ALOXI®.

23. Attached as Exhibit 22 is a true and correct copy of April 27, 2018 email from E. Dittmann to S. Auten. (Filed under seal).

24. Attached as Exhibit 23 is a true and correct copy of April 4, 2018 letter from S. Auten to A. Miller. (Filed under seal).

25. Attached as Exhibit 24 is a true and correct copy of April 5, 2018 letter from. S. Auten to E. Abraham. (Filed under seal).

26. Attached as Exhibit 25 is a true and correct copy of April 25, 2018 email from F. Rodriguez to S. Auten. (Filed under seal).

27. Attached as Exhibit 26 is a true and correct copy of April 19, 2018 email from E. Abraham to S. Auten. (Filed under seal).

28. Attached as Exhibit 27 is a true and correct copy of April 19, 2018 letter from S. Auten to Mses. Quinn and Pike. (Filed under seal).

29. Attached as Exhibit 28 is a true and correct copy of April 25, 2018 email from S. Auten to Mses. Quinn and Pike. (Filed under seal).

I hereby certify under penalty of perjury that the foregoing is true and correct.

*Roshan P. Shrestha*
_____
Roshan P. Shrestha, Ph.D., Esq.

Dated: <u>May 23, 2018</u>