| | |
|---|---|
| Melissa E. Flax, Esq.<br>Michael Cross, Esq.<br>CARELLA BYRNE CECCHI<br>OLSTEIN BRODY & AGNELLO, PC<br>5 Becker Farm Road<br>Roseland, NJ 07068<br>(973) 994-1700<br>mflax@carellabyrne.com<br>mcross@carellabyrne.com<br><br>*Attorneys for Defendant*<br>*Sagent Pharmaceuticals, Inc.* | Stephen R. Auten, Esq.<br>Brian P. Murray, Esq.<br>TAFT STETTINIUS & HOLLISTER LLP<br>111 East Wacker Dr., Suite 2800<br>Chicago, IL 60601<br>312-527-4000<br>sauten@taftlaw.com<br>bmurray@taftlaw.com<br><br>*Attorneys for Defendant*<br>*Sagent Pharmaceuticals, Inc.* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HELSINN HEALTHCARE S.A,<br><br>  Plaintiff,<br><br>v.<br><br>SAGENT PHARMACEUTICALS, INC.,<br><br>  Defendant. | CA. No. 2-16-cv-00173 SRC-CLW |

**CERTIFICATE OF SERVICE**

I, Melissa E. Flax, hereby certify as follows:

1. I am an attorney-at-law of the State of New Jersey and admitted to practice before the Courts of the State of New Jersey and the United States District Court for the District of New Jersey.

2. I hereby certify that on the 23rd day of May 2018, I caused a copy of the following documents to be served upon all counsel of record via CM/ECF and e-mail:

     i.     Notice of Motion to Enforce the Settlement Agreement

     ii.    Brief in Support of the Motion

     iii.   Declaration of Donald R. Bullock in Support of the Motion

     iv.   Declaration of Roshan P. Shrestha, Ph.D. in Support of the Motion

     v.    Order Enforcing the Settlement Agreement

3.     On the 23rd day of May 2018, I also caused a copy of the above documents to be served upon the following counsel via email.

| | |
|---|---|
| Frank Rodriguez, Esq. | Michelle Quinn, Esq. |
| Budd Larner P.C. | Vice-President, General Counsel North Am. |
| 150 John F. Kennedy Parkway | Sandoz Inc. |
| Short Hills, NJ 07078-2703 | 100 College Road West |
| frodriguez@buddlarner.com | Princeton, NJ 08540 |
| | michelle.quinn@sandoz.com |
| *Attorneys for Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.* | *Attorney for Sandoz, Inc.* |

4.     On the 24th day of May 2018, I will cause a copy of the above documents to be served via hand delivery upon the following registered agent of record for Sandoz.

Prentice Hall Corp. System
Registered Agent #: 761430
Princeton South Corporate Ctr  Ste 160,
100 Charles Ewing Blvd
Ewing, NJ, 08628

*Registered Agent for Sandoz, Inc.*

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated:  May 23, 2018              \s\ Melissa E. Flax
                                      Melissa E. Flax, Esq.