

Charles M. Lizza
Phone: (973) 286-6715
Fax: (973) 286-6815
clizza@saul.com
www.saul.com

June 4, 2018

**VIA ECF & FEDEX**

The Honorable Stanley R. Chesler, U.S.D.J.
United States District Court
Frank R. Lautenberg U.S. Post Office &
  Courthouse
2 Federal Square, Room 305
Newark, New Jersey 07102

      Re:   *Helsinn Healthcare S.A. v. Sagent Pharmaceuticals, Inc.*
             Civil Action No. 16-173 (SRC)(CLW)

Dear Judge Chesler:

      This firm, together with Paul Hastings LLP, represents plaintiff Helsinn Healthcare S.A. ("Helsinn") in the above-captioned action. We write regarding Helsinn's opposition to Sagent Pharmaceuticals Inc.'s ("Sagent") "Motion to Enforce Settlement Agreement" (D.I. 51), which is currently due today (Monday, June 4, 2018).

      In light of the parties' correspondence discussing the appropriate procedure for Sagent's application (D.I. 54 & 55), and the Court's setting a teleconference for June 6 to discuss that matter, Helsinn respectfully requests that the time for its opposition to Sagent's motion be tolled pending the parties' teleconference with Your Honor and until June 12, unless otherwise directed by the Court during the teleconference. We have conferred with counsel for Sagent, and they consent to this request. Accordingly, if this meets with Your Honor's approval, we respectfully request that Your Honor sign and enter the below form of endorsement.

      Thank you for Your Honor's kind attention to this matter.

                                                                 Respectfully yours,

                                                                 Charles M. Lizza

cc:   All Counsel (via e-mail)

SO ORDERED:

_____
Hon. Stanley R. Chesler, U.S.D.J.

                                          **SO ORDERED.**
                                          s/ Stanley R. Chesler, USDJ
                                          6/5/2018

One Riverfront Plaza, Suite 1520 ♦ Newark, NJ 07102-5426 ♦ Phone: (973) 286-6700 ♦ Fax: (973) 286-6800

DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP