| | |
|---|---|
| Melissa E. Flax, Esq. | Stephen R. Auten, Esq. |
| Michael Cross, Esq. | Brian P. Murray, Esq. |
| CARELLA BYRNE CECCHI OLSTEIN BRODY & AGNELLO, PC | TAFT STETTINIUS & HOLLISTER LLP |
| 5 Becker Farm Road | 111 East Wacker Dr., Suite 2800 |
| Roseland, NJ 07068 | Chicago, IL 60601 |
| (973) 994-1700 | 312-527-4000 |
| mflax@carellabyrne.com | sauten@taftlaw.com |
| mcross@carellabyrne.com | bmurray@taftlaw.com |
| | |
| *Attorneys for Defendant* | *Attorneys for Defendant* |
| *Sagent Pharmaceuticals, Inc.* | *Sagent Pharmaceuticals, Inc.* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HELSINN HEALTHCARE S.A,<br><br>    Plaintiff,<br><br>v.<br><br>SAGENT PHARMACEUTICALS, INC.,<br><br>    Defendant. | CA. No. 2-16-cv-00173 SRC-CLW |

**SUPPLEMENTAL DECLARATION OF ROSHAN P. SHRESTHA, PH.D., ESQ.**
**IN SUPPORT OF SAGENT'S MOTION**

    I, Roshan P. Shrestha, Ph.D., hereby certify pursuant to 28 U.S.C. § 1746 that:

1.     I am an attorney at law in the State of Illinois and am associated with the law firm of Taft Stettinius & Hollister LLP, attorney for Defendant Sagent Pharma., Inc. ("Sagent") in the above captioned matter.

2.  The present declaration supplements the Declaration of Roshan P. Shrestha, PhD. (D.I. 51-1).

3.  Attached as Exhibit A is a true and correct copy of the Settlement and License Agreement between Helsinn Healthcare SA and Roche Palo Alto LLC, on the one part, and Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc., on the other part.  (FILED UNDER SEAL)

4.  Attached as Exhibit B is a true and correct copy of the Settlement and License Agreement between Helsinn Healthcare SA and Roche Palo Alto LLC, on the one part, and Sandoz Inc., on the other part.  (FILED UNDER SEAL)

I hereby certify under penalty of perjury that the foregoing is true and correct.

_/s/ Roshan P. Shrestha_
Roshan P. Shrestha, Ph.D., Esq.

Dated: June 26, 2018